# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-04089-01-CR-C-SRB |
| VERNON DEANDRE JORDAN, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Magistrate Judge Epps, Jr.'s Report and Recommendation recommending that Defendant's Motion to Suppress Evidence be denied. (Doc. #32). On September 21, 2018, Defendant Jordan filed objections to the Report and Recommendation. (Doc. #37). Defendant Jordan argues the search of his girlfriend's home was not based upon reasonable suspicion given the nature and the timing of the facts relied upon by Magistrate Judge Epps in the Report and Recommendation. After an independent and careful review of the record and the applicable law, the Court OVERRULES Defendant's objections (Doc. #37) and ADOPTS Judge Epps's Report and Recommendation (Doc. #32). Defendant's Motion to Suppress Evidence (Doc. #15) is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

Date: September 25, 2018